| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gilbert, Jeffrey T. | 2. Court or Organization<br><br>District Court - Northern Illinois, Eastern Division | 3. Date of Report<br><br>01/27/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Everett McKinley Dirksen Courthouse
219 South Dearborn Street
Suite 1366
Chicago, Illinois 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 2010 | Partnership Withdrawal Agreement, Jeffrey T. Gilbert and Reed Smith LLP, Payment of portion of budgeted 2010 compensation, return of capital |
| 2. March 2007 | Reed Smith LLP 401(k) and Defined Benefit Plans |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2013 | Northwestern University - adjunct faculty | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2013 | Northshore University Health System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Advisors ▨ Invest. Acct - No Control SEE PART VII | E | Int./Div. | P1 | T | | | | | |
| 2. Wells Fargo Advisors IRA Account ▨ No control SEE PART VII | A | Int./Div. | K | T | | | | | |
| 3. Wells Fargo Advisors IRA Account ▨ - No control | A | Int./Div. | K | T | | | | | |
| 4. JP Morgan Chase ▨ Bank Accounts (Various) | A | Interest | K | T | | | | | |
| 5. Reed Smith Partner Defined Benefit Plan - No control | D | Int./Div. | M | T | | | | | |
| 6. NWM IRA -- Columbia Acorn International Fund | B | Dividend | K | T | | | | | |
| 7. NWM IRA -- Dodge & Cox Income Fund | B | Dividend | K | T | | | | | |
| 8. NWM IRA -- Eagle Small Cap Growth Fund Class A | B | Dividend | L | T | | | | | |
| 9. NWM IRA -- Franklin High Income Fund Class A | B | Dividend | K | T | | | | | |
| 10. NWM IRA -- Harbor Bond Fund Institutional Class | C | Dividend | M | T | | | | | |
| 11. NWM IRA -- The Oakmark International Fund | A | Dividend | K | T | | | | | |
| 12. NWM IRA -- MFS International Growth Fund Class I | A | Dividend | K | T | | | | | |
| 13. NWM IRA -- Oppenheimer Developing Markets | A | Dividend | M | T | | | | | |
| 14. NWM IRA -- Pimco Income Fund Class A | C | Dividend | L | T | | | | | |
| 15. NWM IRA -- Pimco Total Return Fund Class P | B | Dividend | K | T | | | | | |
| 16. NWM IRA -- Pimco Commodity Real Return | B | Dividend | L | T | | | | | |
| 17. NWM IRA -- Scout International Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NWM IRA -- Templeton Global Bond Fund Class A | B | Dividend | K | T | | | | | |
| 19. NWM IRa -- Vanguard Index FDS Vanguard REIT ETF | C | Dividend | L | T | | | | | |
| 20. AXA Variable Life Insurance - EQ/Bern Intern. | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 21. AXA Variable Life Insurance - EQ/All Bern Small Cap Growth | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 22. AXA Variable Life Insurance - EQ/Core Bond Index | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 23. AXA Variable Life Insurance - EQ/ BlackRock Intern.Val. | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 24. AXA Variable Life Insurance - AllBern Intern. | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 25. AXA Variable Life Insurance - EQ/Equity Growth Plus | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 26. AXA Variable Life Insurance - EQ/Large Cap Value Plus | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 27. AXA Variable Life Insurance - EQ/MidCap Value Plus | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 28. AXA Variable Life Insurance - EQ/Intermed Govt Bond Index | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 29. AXA Variable Life Insurance - Multimanager Mid Cap Growth | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 30. AXA Variable Life Insurance - Multimanager Mid Cap Value | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 31. AXA Variable Life Insurance - Multimanager Multi-Sector Bond | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 32. AXA Variable Life Insurance - Multimanager Small Cap Value | A | Int./Div. | | | Sold | 09/11/13 | J | | |
| 33. Northshore Univ Health 403(b) ING Artio Foreign | A | Int./Div. | J | T | | | | | |
| 34. Northshore Univ Health 403(b) ING Small Co Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northshore Univ Health 403(b) ▨ PIMCO Total Return | A | Int./Div. | J | T | | | | | |
| 36. Northshore Univ Health 403(b) ▨ Stable Value | A | Int./Div. | K | T | | | | | |
| 37. Northshore Univ Health 403(b) ▨ T Rowe Price Val Fn | A | Int./Div. | J | T | | | | | |
| 38. Novartis AG Spon ADR | A | Dividend | J | T | | | | | |
| 39. Pfizer Incorporated | A | Dividend | K | T | | | | | |
| 40. Chevron Corporation | A | Dividend | J | T | | | | | |
| 41. Caterpillar Inc | A | Dividend | | | Sold | 03/22/13 | J | A | |
| 42. Potash Corp of Saskatchewan Inc | A | Dividend | | | Sold | 04/05/13 | J | A | |
| 43. Disney Walt Company | A | Dividend | J | T | Sold (part) | 08/30/13 | J | B | |
| 44. Genuine Parts Co Com | A | Dividend | | | Sold | 10/31/13 | J | C | |
| 45. Taiwan Semiconductor Mfg Co Ltd ADR | A | Dividend | K | T | | | | | |
| 46. Powershares High Yield Equity Dividend Achievers Portfolio | A | Dividend | K | T | | | | | |
| 47. United Technologies Corp | A | Dividend | K | T | | | | | |
| 48. Emerson Electric Co | A | Dividend | K | T | Sold (part) | 08/30/13 | J | B | |
| 49. Viacom Inc CL B | A | Dividend | K | T | | | | | |
| 50. Vanguard Utilities ETF | A | Dividend | K | T | | | | | |
| 51. Qualcomm Inc | A | Dividend | K | T | Sold (part) | 04/18/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gilbert, Jeffrey T. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lorillard Inc | A | Dividend | | | Sold | 06/26/13 | J | C | |
| 53. Deere & Co | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 54. Mastercard Inc CL A | A | Dividend | K | T | | | | | |
| 55. US Bancorp New | A | Dividend | J | T | | | | | |
| 56. Google Inc CL A | A | Dividend | K | T | | | | | |
| 57. Honeywell International Inc | A | Dividend | J | T | Sold (part) | 08/30/13 | J | B | |
| 58. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 59. Qualcomm Inc | A | Dividend | | | Sold | 04/18/13 | J | A | |
| 60. Disney Walt Company | A | Dividend | K | T | | | | | |
| 61. Microsoft Corp | A | Dividend | | | Sold | 04/18/13 | J | A | |
| 62. Union Pacific Corp | A | Dividend | | | Sold | 08/30/13 | J | B | |
| 63. Discover Financial | A | Dividend | | | Sold | 08/30/13 | J | B | |
| 64. Clorox Company | A | Dividend | J | T | Sold (part) | 10/09/13 | J | B | |
| 65. Discover Financial | A | Dividend | J | T | Sold (part) | 10/09/13 | J | B | |
| 66. Aflac Inc | A | Dividend | | | Sold | 08/30/13 | J | B | |
| 67. Corpus Christi TX FFDG GEN IMPT G/O LTD B/E AGM CPN 5.000% | A | Dividend | K | T | | | | | |
| 68. Hillsborough Cnty FL SCH BRD REF B/E | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Exxon Mobil Corp | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 70. BP PLC SPONS ADR | A | Dividend | K | T | | | | | |
| 71. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 72. UnitedHealth Group Inc | A | Dividend | | | Sold | 06/26/13 | J | B | |
| 73. CVS Caremark Corp | A | Dividend | J | T | | | | | |
| 74. Merck & Co. Inc New | A | Dividend | | | Sold | 08/30/13 | J | A | |
| 75. Aflac Inc | A | Dividend | J | T | | | | | |
| 76. Vanguard Utilities ETF | A | Dividend | J | T | | | | | |
| 77. Glaxosmithkline PLC-ADR | A | Dividend | | | Sold | 08/30/13 | J | B | |
| 78. UnitedHealth Group Inc | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 79. CVS Caremark Corp | A | Dividend | J | T | | | | | |
| 80. Caterpillar Inc | A | Dividend | | | Sold | 03/22/13 | J | A | |
| 81. Kimberly-Clark Corp | A | Dividend | J | T | | | | | |
| 82. Genuine Parts Co Corn | A | Dividend | | | Sold | 10/31/13 | J | B | |
| 83. Merck & Co Inc New | A | Dividend | | | Sold | 10/31/13 | J | A | |
| 84. Kimberly-Clark Corp | A | Dividend | | | Sold | 08/30/13 | J | A | |
| 85. Potash Corp of Saskatchewan Inc | A | Dividend | | | Sold | 04/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Honeywell International Inc | A | Dividend | J | T | | | | | |
| 87. Aflac Inc | A | Dividend | J | T | | | | | |
| 88. Lorillard Inc | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 89. Caterpillar Inc | A | Dividend | | | Sold | 03/22/13 | J | A | |
| 90. BB&T Corp | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 91. Powershares Water Sources | A | Dividend | K | T | | | | | |
| 92. Virgin Valley NV Wtr Dist Wtr Rev B/Q B/E MBIA | A | Dividend | K | T | | | | | |
| 93. Deere & Co | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 94. SPDR S&P Bank ETF | A | Dividend | | | Sold | 06/26/13 | J | | |
| 95. Caterpillar Inc | A | Dividend | | | Sold | 03/22/13 | J | A | |
| 96. SPDR Gold Trust ETF | A | Dividend | K | T | | | | | |
| 97. Lorillard Inc | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 98. Vanguard Utilities ETF | A | Dividend | J | T | | | | | |
| 99. Potash Corp of Saskatchewan Inc | A | Dividend | | | Sold | 04/05/13 | J | A | |
| 100. Ishares MSCI EAFE Index Fund | A | Dividend | | | Sold | 06/05/13 | K | A | |
| 101. Qualcomm Inc | A | Dividend | | | Sold | 04/18/13 | J | | |
| 102. UnitedHealth Group Inc | A | Dividend | | | Sold | 08/30/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 104. Viacom Inc CL B | A | Dividend | J | T | | | | | |
| 105. Ishares MSCI EAFE Index Fund | A | Dividend | | | Sold | 06/05/13 | J | A | |
| 106. Pfizer Incorporated | A | Dividend | J | T | Buy | 06/05/13 | K | | |
| 107. Omnicom Group | A | Dividend | J | T | Sold (part) | 08/30/13 | J | B | |
| 108. Scripps Networks Interactive | A | Dividend | | | Sold | 06/26/13 | J | B | |
| 109. Starbucks Corp | A | Dividend | K | T | Sold (part) | 08/30/13 | J | B | |
| 110. Equifax Inc | A | Dividend | | | Sold | 07/01/13 | J | A | |
| 111. Amgen Inc | A | Dividend | J | T | Sold (part) | 08/30/13 | J | B | |
| 112. Rayonier Inc | A | Dividend | | | Sold | 10/31/13 | J | | |
| 113. Home Depot Inc | A | Dividend | J | T | Sold (part) | 10/09/13 | J | B | |
| 114. Murphy Oil Corp | A | Dividend | K | T | Sold (part) | 02/06/13 | J | A | |
| 115. Intuit Inc | A | Dividend | K | T | Sold (part) | 06/26/13 | J | A | |
| 116. SAP AG-Sponsored ADR | A | Dividend | K | T | | | | | |
| 117. National Oilwell Varco Inc | A | Dividend | | | Sold | 03/22/13 | J | A | |
| 118. Amdocs Ltd | A | Dividend | K | T | Sold (part) | 08/30/13 | J | A | |
| 119. Vanguard Energy ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Georgia St Rd & Tollway Auth Rev PRE-HW Gen Auto WS SER A | A | Dividend | K | T | | | | | |
| 121. Pennsylvania St Ida Rev Rfdg Econ Dev B/E CPN 5.000% Due 7/1 | A | Dividend | K | T | | | | | |
| 122. Clorox Company | A | Dividend | J | T | Sold (part) | 08/30/13 | J | A | |
| 123. Resmed Inc | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 124. Cheesecake Factory Inc | A | Dividend | | | Sold | 08/30/13 | J | A | |
| 125. Automatic Data Processing | A | Dividend | K | T | Sold (part) | 08/30/13 | J | A | |
| 126. Milwaukee Wisconsin Prom NTS SER N G/O UNLTD B/E AGM | A | Interest | K | T | | | | | |
| 127. District Columbia REF-SER C G/O UNLTD B/E XLCA | A | Interest | K | T | | | | | |
| 128. Brevard Cnty FL Merritt G/O Ltd B/E AMBAC | A | Interest | K | T | | | | | |
| 129. Brevard Cnty FL Merritt Island G/O Ltd B/E AMBAC ETM | A | Interest | J | T | | | | | |
| 130. Rice LK WI Area School Dist SCH IMPT SER A G/O UNLTD B/E AGM | A | Interest | K | T | | | | | |
| 131. Grand Cnty SER A G/O UNLTD B/E MBIA | A | Interest | K | T | | | | | |
| 132. Mountaintop Area JT San Auth PA SWR REV GTD RFDG B/E AGM B/Q | A | Interest | K | T | | | | | |
| 133. East China Sch Dis MI REF G/O UNLTD B/E MBIA RE FGIC | A | Interest | | | Redeemed | 05/01/13 | K | | |
| 134. Lanse Creuse MI Pub Sch REF G/O UNLTD B/E FSA | A | Interest | | | Redeemed | 05/01/13 | K | | |
| 135. Lincoln Park MI Sch Dist RFDG G/O UNLTD B/E FSA | A | Interest | | | Redeemed | 05/01/13 | K | | |
| 136. Miami Dade Cnty FL Expwy Auth Toll Sys REV SER B B/E Assured | A | Interest | | | Redeemed | 07/01/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | | | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Holmen WI Corp PUPR SER A G/O INT 7/2/13 Assured Guar B/Q | A | Interest | | | Redeemed | 08/30/13 | K | | |
| 138. Huntsville AL CAP IMPT WTR SER C G/O Gtd TO-41SE B/Q | A | Interest | | | Redeemed | 08/30/13 | K | | |
| 139. Huntingdon PA G/O B/E Assured Guar B/Q | A | Interest | | | Redeemed | 12/02/13 | K | | |
| 140. Ontario OH Loc Sch Dist REDG SCH IMPT G/O UNLTD B/E AGM B/Q | A | Interest | | | Redeemed | 12/02/13 | K | | |
| 141. Snohomish & Island Cnty WA S/D Sch 401 Stanwood REF G/O/UN | A | Interest | | | Redeemed | 12/02/13 | K | | |
| 142. NYC Pennsylvania Public B/G/O ED XXV | A | Interest | | | | | | | |
| 143. Pennsylvania ST IDA REV RFDG ECON DEV B/E DTD 5/01/12 FC 01/ | A | Interest | K | T | | | | | |
| 144. Virgin Valley NV WTR DIST WTR REV Nat B/E DTD 03/14/06 FC 06 | A | Interest | K | T | | | | | |
| 145. Chevron Corporation CVX acq 8/2/11 | A | Dividend | | | Sold (part) | 08/30/13 | | | |
| 146. Chevron Corporation CVX - acq 11/10/11 | A | Dividend | J | J | | | | | |
| 147. Deere & Co DE - acq 9/9/11 | A | Dividend | | | Sold | 02/06/13 | J | A | |
| 148. Genuine Parts Co COM GPC - acq 12/28/11 | A | Dividend | | | Sold | 08/30/13 | J | B | |
| 149. Google Inc CL A GOOG - acq 12/9/11 | A | Dividend | | | Sold | 08/30/13 | J | A | |
| 150. Mastercard Inc CL A MA - acq 9/16/11 | A | Dividend | | | Sold | 08/30/13 | J | C | |
| 151. Microsoft Corp MSFT - acq 8/2/11 | A | Dividend | | | Sold | 04/18/13 | J | | |
| 152. Omnicom Group OMC - acq 12/28/11 | A | Dividend | J | T | | | | | |
| 153. Philip Morris International Inc - acq 12/28/11 | A | Dividend | | | Sold | 04/18/13 | J | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000;
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000.

3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS

| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. US Bancorp New USD - acq 12/9/11 | A | Dividend | | | Sold | 08/30/13 | J | A | |
| 155. Vanguard Dividend | A | Dividend | K | | | | | | |
| 156. Viacom Inc Cl B VIAB - acq 12/28/11 | A | Dividend | J | T | Sold | 08/30/13 | J | D | |
| 157. Moon Area Sch Dist PA G/O UNLTD B/E | A | Interest | K | | | | | | |
| 158. | | | | | | | | | |
| 159. Amgen Inc | A | Dividend | | | Buy | 02/06/13 | J | | |
| 160. United Technologies | A | Dividend | K | | Buy | 02/06/13 | J | | |
| 161. Intuit Inc | A | Dividend | J | T | Buy | 03/22/13 | J | | |
| 162. Procter & Gamble Co | A | Dividend | K | T | Buy | 04/25/13 | K | | |
| 163. Mattel Inc | A | Dividend | J | T | Buy | 04/25/13 | J | | |
| 164. Mattel Inc | A | Distribution | J | T | Buy | 08/30/13 | J | | |
| 165. | | | | | Buy | | | | |
| 166. Home Depot Inc | A | Dividend | | T | Buy | 04/25/13 | J | | |
| 167. Johnson & Johnson | A | Dividend | K | T | Buy | 04/25/13 | K | | |
| 168. Johnson & Johnson | | Dividend | | | Buy | | | | |
| 169. JP LLC AON | A | Distribution | K | | Buy | 07/01/13 | K | | |
| 170. Apache Corp | A | Dividend | K | | Buy | 07/01/13 | K | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey L. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| Place "(X)" after each asset | Amount (A-H) | Type (e.g. div, rent, int.) | Value (J-P) | Value Method (Q-W) | Type (e.g. buy, sell, redemption) | Date mm/dd/yy | Value | Gain (A-H) | Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| 171. Boeing Co | A | Dividend | K | T | Buy | 07/01/13 | K | | |
| 173. Ohio St Tpk Commn | A | Interest | K | T | Buy | 08/14/13 | K | | |
| 174. Peace River Manasota Water Supply Authoirty | A | Interest | K | T | Buy | 08/14/13 | K | | |
| 175. Florida St Govt Util Auth RFDG Golden Gate Util | A | Interest | K | T | Buy | 08/15/13 | K | | |
| 176. | | | K | | Buy | | | | |
| 177. Exxon Mobil Corp | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 178. Microsoft Corp | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 179. Vanguard Utilities ETF | A | Dividend | J | | Buy | 08/30/13 | J | | |
| 180. | A | | | | | 08/30/13 | | | |
| 181. | A | | | | Buy | 08/30/13 | | | |
| 182. Coca-Cola Co | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 183. Lorillard Inc | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 184. Southern Copper Corp | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 185. Murphy Oil Corp | A | Dividend | | T | Buy | 08/30/13 | J | | |
| 186. Citigroup Inc New | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 187. JP Morgan Chase & Co | A | Dividend | J | T | Buy | 08/30/13 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. _____ Inc | A | Dividend | J | T | Buy | 09/30/13 | J | | |
| 189. Procter & Gamble Co | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 190. _____ | | Dividend | | | Buy | | | | |
| 191. Home Depot Inc | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 192. Novartis AG | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 193. Baxter International Inc | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 194. CME Group Inc | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 195. AON PLC | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 196. Marvell Technology Inc | | Dividend | | | Buy | 09/13/13 | | | |
| 197. Goldman Sachs Group Inc | A | Dividend | K | T | Buy | 10/17/13 | K | | |
| 198. _____ | | Dividend | K | | Buy | 10/30/13 | | | |
| 199. _____ | | Dividend | | | | | | | |
| 200. _____ | | Dividend | | | Buy | | | | |
| 201. Fastenal Co | A | Dividend | K | T | Buy | 10/31/13 | K | | |
| 202. Cisco Systems Inc | A | Dividend | K | T | Buy | 10/31/13 | K | | |
| 203. General Electric Co | A | Dividend | J | T | Buy | 10/31/13 | J | | |
| 204. _____ | | Dividend | K | | Buy | 10/31/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gilbert, Jeffrey T. | 01/27/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Amount Code 1 (A-H) | B. Type (e.g. div., rent, or int.) | C. Value Code 2 (J-P) | C. Value Method Code 3 (Q-W) | D. Type (e.g. buy, sell, redemption) | D. Date mm/dd/yy | D. Value Code 2 (J-P) | D. Gain Code 1 (A-H) | D. Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. BP PLC Spons ADR | A | Dividend | J | T | Buy | 10/31/13 | J | | |
| 206. Cardinal Health Inc | A | Dividend | J | T | Buy | 10/31/13 | K | | |
| 207. Kansas City MO Water Rev Ser | A | Dividend | K | T | Buy | 12/06/13 | K | | |
| 208. Passaic Valley NJ WC Comm Rev Ref | A | Dividend | K | T | Buy | 12/27/13 | K | | |
| 209. Rockland Cnty NY Var Purp Ser A G/O Unltd B/E | A | Dividend | K | T | Buy | 12/06/13 | K | | |
| 210. AON PLC | A | Dividend | J | T | Buy | 12/12/13 | J | | |
| 211. Lorillard Inc | A | Dividend | J | T | Buy | 12/12/13 | J | | |
| 212. Home Depot Inc | A | Dividend | J | T | Buy | 12/12/13 | J | | |
| 213. Chipotle Mexican Grill | A | Dividend | J | T | Buy | 12/12/13 | J | | |
| 214. Celgene Inc Ser | A | Dividend | J | T | Buy | 12/12/13 | J | | |
| 215. Whole Foods Market Inc | A | Dividend | J | T | Buy | 12/12/13 | J | | |
| 216. Harris Cnty TX Mun Util Dist 196 Rfdg | A | Dividend | K | T | Buy | 12/20/13 | K | | |
| 217. Suntrust Bank | A | Dividend | | | Sold | 02/06/13 | J | | |
| 218. Suntrust Bank | A | Dividend | | | Sold | 02/26/13 | J | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,000 - $250,000 |
|---|---|---|---|---|
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/27/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My responses to the Committee's questions in its letter of December 31, 2014, are as follows:

(1) and (2)  Although I identified the Wells Fargo ___ and IRA accounts in Part VII, page 4, lines 1 and 2 of the Report, I did list separately all reportable transactions in those accounts separately at lines 41 through 216 of the Report.  I apologize for the confusion.

(3) The Suntrust Bank stock was sold in two transactions in 2013.  I inadvertently omitted that information from my filed Report.  I have added those sales transaction to Part VII at lines 217 and 218.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey T. Gilbert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544